The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-132RAJ |
| Plaintiff, | ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |
| v. | |
| CRYSTAL LYNN BARQUET, | |
| Defendant. | |

THIS MATTER comes before the Court on the motion of defense counsel to withdraw as counsel of record for Defendant Crystal Lynn Barquet. After considering the motion and hearing from counsel and defendant *ex parte* at a hearing conducted on this date, the Court finds that good cause exists for the withdrawal of Richard Warner and appointment of new counsel for purposes of sentencing in this case.

IT IS HEREBY ORDERED that defense counsel's motion (Dkt. #392) is GRANTED. Richard Warner is granted leave to withdraw as counsel for defendant Crystal Lynn Barquet. Substitute CJA counsel shall be appointed to represent Ms. Barquet. Mr. Warner remains counsel of record until new counsel has been appointed.

///

///

IT IS FURTHER ORDERED that the sentencing hearing in this matter is continued to Thursday, April 4, 2019, at 3:30 p.m.

DATED this 1st day of March, 2019.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENSE COUNSEL'S
MOTION TO WITHDRAW AND FOR
APPOINTMENT OF NEW COUNSEL- 2